TRULINCS 25056077 - NAYFELD, BORIS - Unit: BRO-I-C

---

FROM: 25056077
TO:
SUBJECT: Habeas Corpus:
DATE: 10/09/2017 06:00:44 PM

**CV 17-6176**

RECEIVED OCT 13 2017 PRO SE OFFICE

THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BORIS NAYFELD, <br> Plaintiff, <br> vs. <br> UNITED STATES OF AMERICA, <br> Respondent. | Date: October 9, 2017 <br> Case No.: 1:16CR00207-001 <br> HABEAUS CORPUS PETITION BASED ON ILLEGAL CONFINEMENT BEYOND EXPIRATION OF SENTENCE COMPLETION IN **VIOLATION** OF PLAINTIFF'S CONSTITUTIONAL RIGHTS |

CHEN, J.

---

I, BORIS NAYFELD, acting in my Pro Se capacity, am filing this Habeaus Corpus petition to the Court to bring to its attention that I am being held beyond the date of the termination of the sentence imposed for my probation violation.

I, BORIS NAYFELD, acting in my Pro Se capacity, am seeking an order from this Court releasing me from custody immediately.

I, BORIS NAYFELD, am presently incarcerated. I served the 19.5 months period that I was to serve as a consequence of the sentence of my probation violation as of September 14, 2017. Today is October 9, 2017. That makes it just a month shy of me having been held here beyond the termination of the sentence that was handed down to me by your Court. Being held like this after my sentence has been completed is in violation of my Constitutional rights. I am presently being held in violation of my Constitutional rights.

I, BORIS NAYFELD, entered into custody on January 19, 2015 and my sentence began calculating from then forward to Thursday, September 14th, 2017, which was 19.5 months out of the 23 months in total that I was obligated to serve given the sentence that was handed down to me, inclusive of so-called "good-time" credits given for good behavior while incarcerated.

I, BORIS NAYFELD, hereby request that this Honorable Court issue an order immediately releasing me from this unlawful custody upon after receipt and consideration of this petition for a Habeaus Corpus. In the event that this Court for some reason decides against doing so, I respectfully request that I be afforded a court appearance so that this matter can be addressed in open court as I am a Russian with limited understanding of the English language and very little understanding of legal terminology.

---

Most Respectfully Submitted,

*[signature]*

Boris Nayfeld #25056-077, Pro Se
MDC Brooklyn
80-29th Street, P.O. Box 329002
Brooklyn, NY 11232